**In re Ammar AL–ALI, Don Carothers, David Dalke, Mohamed K. Diab, Julian M. Goldman, Massi E. Kiani, Michael Lee, Jerome Novak, Robert Smith, and Val E. Vaden.**

No. 2011–1086.

United States Court of Appeals, Federal Circuit.

March 7, 2012.

Joseph R. Re, Knobbe, Martens, Olson & Bear, LLP, of Irvine, CA, argued for appellant. With him on the brief were Joseph S. Cianfrani, John M. Grover and Christina J. McCullough; and Colin B. Heideman, of Seattle, WA.

Mary L. Kelly, Associate Solicitor, United States Patent and Trademark Office, of Alexandria, VA, argued for appellee. With

878

her on the brief were Raymond T. Chen, Solicitor and Joseph G. Piccolo, Associate Solicitor. Of counsel was Sydney O. Johnson, Jr., Associate Solicitor.

RADER, Chief Judge; SCHALL and BRYSON, Circuit Judges.

### JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED AND ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**